**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RIVER LIGHT V, L.P. and <br> TORY BURCH LLC, <br><br>         Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS and <br> UNINCORPORATED ASSOCIATIONS <br> IDENTIFIED ON SCHEDULE "A," <br><br>         Defendants. | ) <br> ) <br> )   Case No. 18-02687 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Schedule A – Sealed Document Pursuant to LR26.2**

This document is being filed under seal with a Motion for Leave to File Documents under Seal. A full version of Schedule A will be delivered to the Court in a sealed envelope and will remain under seal until further order of this Court.

Dated this 13th day of April 2018.        Respectfully submitted,

        /s/ Justin R. Gaudio
        Amy C. Ziegler
        Justin R. Gaudio
        Jessica L. Bloodgood
        RiKaleigh C. Johnson
        Greer, Burns & Crain, Ltd.
        300 South Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        312.360.0080
        312.360.9315 (facsimile)
        aziegler@gbc.law
        jgaudio@gbc.law
        jbloodgood@gbc.law
        rjohnson@gbc.law

        *Attorneys for Plaintiffs*
        *River Light V, L.P. and Tory Burch LLC*