**River Light V, L.P., et al. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 18-cv-2687**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zhang yong tao | 2 | zhang qian |
| 3 | Zaccaria Marc | 4 | Yvette Curry |
| 5 | yu yushui | 6 | Yolonda Hunter |
| 7 | yaolong he | 8 | yaolong he (2) |
| 9 | yaolong he (3) | 10 | yaolong he (4) |
| 11 | xuemei liu | 12 | withoutqualities.com |
| 13 | windycitytennis.com | 14 | William Scott |
| 15 | William Green | 16 | Wamsley Tessa |
| 17 | vehiclesofthefuture.com | 18 | traveltims.org |
| 19 | travelingtommyandtammy.com | 20 | trabajoenvalparaiso.com |
| 21 | toryburchforsale.com | 22 | Tonya Bellamy |
| 23 | Terrance Schooler | 24 | taquarinopedal.com |
| 25 | Tanja Faerber | 26 | Sue Sweat |
| 27 | Stephanie West | 28 | song qiuxiang |
| 29 | smith allan | 30 | shi xiaoyuan |
| 31 | Shen Juan | 32 | Shaun McCleskey |
| 33 | Shannon Cano | 34 | Scott Ambriz |
| 35 | Sarah Webb | 36 | Sarah Brown |
| 37 | salalanuezcr.com | 38 | Rosella Cannon |
| 39 | robandersonphoto.com | 40 | Riggin Michael |
| 41 | Richard Bowkett | 42 | qophaiti.org |
| 43 | Peter Bachman | 44 | Peggy Peterson |
| 45 | patricia slocum | 46 | Parkes Lauren |
| 47 | Paris Wilmer | 48 | Pamela Speer |
| 49 | onelovepiano.com | 50 | Niklas Frueh |
| 51 | negroneducationservices.com | 52 | Myron Spear |
| 53 | Musakusa Marilyn | 54 | Mo Zeghloul |
| 55 | Ming Hua Chen | 56 | Michele McDaniel |
| 57 | McKenzie Brian | 58 | Max McClain |
| 59 | Matthew McIntyre | 60 | Mary Homes |
| 61 | mary dickerson | 62 | Martin Taylor |
| 63 | Marshall Haynes | 64 | Mark Kral |
| 65 | Mark Dennis | 66 | Malinda Scott |
| 67 | maik konig | 68 | Lula Felix |
| 69 | Luke Freeman | 70 | Lourdes Presley |
| 71 | lora deckert | 72 | liu xuemei |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 73 | liu xue mei | 74 | Linda Padgett |
| 75 | leon herman | 76 | Kristen Snyder |
| 77 | Kathi Vining | 78 | Justina Steponke |
| 79 | Justin Leach | 80 | Julie Bolton |
| 81 | juan harness | 82 | JOSE QUIROGA |
| 83 | Jonathan Nguyen | 84 | Joann Guinan |
| 85 | jennifer robinson | 86 | Jennifer Hollenbeck |
| 87 | james torres | 88 | James Royall |
| 89 | James McIntosh | 90 | Jade Gill |
| 91 | Jacob Mooneyhan | 92 | imprimago.com |
| 93 | Hugh Brown | 94 | hostels-reviews.com |
| 95 | he yaolong | 96 | hannah angel |
| 97 | Hamlet Sohl | 98 | goshawkcustomcarpentry.com |
| 99 | Glenn Baber | 100 | gerardo jensen |
| 101 | Fred Williamson | 102 | Eva Bennett |
| 103 | Eugenia Heuser | 104 | ER Bos |
| 105 | Elliot Svensson | 106 | Ella Fry |
| 107 | elizabeth arnold | 108 | Edwin Bays |
| 109 | Edward Burgess | 110 | Eduardo Cramer |
| 111 | Dorothy Smith | 112 | Donald Clark |
| 113 | Donald Artis | 114 | dequn zhao |
| 115 | dequn zhao (2) | 116 | david williams |
| 117 | David Robinson | 118 | David Matthes |
| 119 | Darren Turner | 120 | Craig Du |
| 121 | comfortmobiel.com | 122 | Christopher Davis |
| 123 | Christine Escobedo | 124 | Charles Williams |
| 125 | Charles Morris | 126 | Charles Fitch |
| 127 | Carol Montgomery | 128 | Carlo Brown |
| 129 | briggsfreemanincredible.com | 130 | birminghamparagliding.com |
| 131 | beth ruff | 132 | Bernie Wright |
| 133 | berber meijers | 134 | Benjamin Miranda |
| 135 | attorneydickinson.com | 136 | Arthur Waldman |
| 137 | Antonio McCloud | 138 | anne osterhagen |
| 139 | Anna Campbell | 140 | alia laksono |
| 141 | Alfonso Pharr | 142 | Alexa Castelli |
| 143 | adrianne harris | 144 | 5thavephotobooths.com |
| 145 | Yiwu City Dazzle E-Commerce Enterprise | 146 | LAOMECEN Store |
| 147 | BEWITU Store | 148 | BeBella Official Store |
| 149 | Imucaplus Store | 150 | ZYC Bags Co., Ltd Store |
| 151 | Brands Discount wellSelling Store | 152 | jaca fash bag Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 153 | selling-goods | 154 | Kings lovely Accessories beautify Store |
| 155 | Beeeee | 156 | Shop1899373 Store |
| 157 | DreamShining Outlet Store | 158 | Yaya fashion women's shop |
| 159 | Shop1945815 Store | 160 | Code Accessories Co., Ltd. |
| 161 | kailaiyuan 100% genuine women bags stor store | 162 | Jon Franchise Store |
| 163 | Shop2808070 Store | 164 | AOCHUAN Store |
| 165 | Salire Bag Store | 166 | choosyvirgo Woman Accessories |
| 167 | Shop2999017 Store | 168 | Rock temple Perfection Store |
| 169 | BOOMIISD Official Store | 170 | Shop3055002 Store |
| 171 | Coxeer Direct Store | 172 | Big Big World Co. Ltd. |
| 173 | Shop821322 Store | 174 | Ladyjane Apparel Store |
| 175 | chenglong178 | 176 | guangming666 |
| 177 | magical1012 | 178 | shinyhair2017 |
| 179 | yunxiapeng2017 | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ywdazzle.en.alibaba.com | 2 | aliexpress.com/store/1818160 |
| 3 | aliexpress.com/store/3024004 | 4 | bebella.aliexpress.com/store/105894 |
| 5 | imucaplus.aliexpress.com/store/2958137 | 6 | zycbags.aliexpress.com/store/2344062 |
| 7 | aliexpress.com/store/1210887 | 8 | aliexpress.com/store/1242767 |
| 9 | aliexpress.com/store/1333812 | 10 | aliexpress.com/store/1665277 |
| 11 | aliexpress.com/store/1799292 | 12 | aliexpress.com/store/1899373 |
| 13 | aliexpress.com/store/1933567 | 14 | aliexpress.com/store/1944438 |
| 15 | aliexpress.com/store/1945815 | 16 | aliexpress.com/store/2069060 |
| 17 | aliexpress.com/store/2767007 | 18 | aliexpress.com/store/2788164 |
| 19 | aliexpress.com/store/2808070 | 20 | aliexpress.com/store/2882103 |
| 21 | aliexpress.com/store/2948018 | 22 | aliexpress.com/store/2957094 |
| 23 | aliexpress.com/store/2999017 | 24 | aliexpress.com/store/3004041 |
| 25 | aliexpress.com/store/3016013 | 26 | aliexpress.com/store/3055002 |
| 27 | aliexpress.com/store/3222133 | 28 | aliexpress.com/store/738171 |
| 29 | aliexpress.com/store/821322 | 30 | aliexpress.com/store/828332 |
| 31 | ebay.com/usr/chenglong178 | 32 | ebay.com/usr/guangming666 |
| 33 | ebay.com/usr/magical1012 | 34 | ebay.com/usr/shinyhair2017 |
| 35 | ebay.com/usr/yunxiapeng2017 | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | brainiacskwt.com | 2 | timothyjsalononbroadway.co |
| 3 | toryburchoutletstores.us.org | 4 | airportlimoaaa.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 5 | reportasemalang.co | 6 | aaronmichaelband.com |
| 7 | barbarascozycottage.com | 8 | heyalligator.com |
| 9 | monicaclarkrobinson.com | 10 | whattogetyourgirlfriendforherbirthday.net |
| 11 | floors-florstadt.com | 12 | petbizbuilder.com |
| 13 | withoutqualities.com | 14 | windycitytennis.com |
| 15 | niceyellowegg.com | 16 | multirotr.com |
| 17 | toryburchoutlets.us.org | 18 | vehiclesofthefuture.com |
| 19 | traveltims.org | 20 | travelingtommyandtammy.com |
| 21 | trabajoenvalparaiso.com | 22 | toryburchforsale.com |
| 23 | rentacartrivandrum.com | 24 | pekankartun.com |
| 25 | taquarinopedal.com | 26 | pecheurdevin.com |
| 27 | teamkawaguchi.com | 28 | petshippingtouk.com |
| 29 | marrsweb.org | 30 | toryburchoutletofficials.us.com |
| 31 | toryburchsus.com | 32 | torybouchsen.com |
| 33 | toryburchs.us.com | 34 | jolischihuahuas.com |
| 35 | eandkfrench.com | 36 | danoliverphoto.com |
| 37 | toryburchoutletco.us.com | 38 | maconnerie-massot.com |
| 39 | salalanuezcr.com | 40 | ndroboknights.com |
| 41 | robandersonphoto.com | 42 | toryburchoutlet-online.us.com |
| 43 | tory-burch.org.uk | 44 | qophaiti.org |
| 45 | bold-ubuntu.com | 46 | claudettebeaulieu.com |
| 47 | buysellmeridian.com | 48 | frostofspringgreen.com |
| 49 | arsenal-trading.com | 50 | ginaknelson.com |
| 51 | onelovepiano.com | 52 | thelemonstands.com |
| 53 | negroneducationservices.com | 54 | latestsareeblouse.com |
| 55 | toryburchshoes.org.uk | 56 | toryburchsaleoutlet.com |
| 57 | pasacadirivip.com | 58 | 2tturcin.com |
| 59 | bv2a-architecteurs06.com | 60 | toryburchoutletus.us.com |
| 61 | lindasingersp.com | 62 | samsunluoto.com |
| 63 | tusbamobilya.com | 64 | soccer-punk.com |
| 65 | nomoregasbill.com | 66 | kine-yoga.com |
| 67 | discountapplemacbook.com | 68 | pixareuzblog.com |
| 69 | addonarmorsystems.com | 70 | auctiongta.com |
| 71 | joinerslancaster.com | 72 | sangamresidency.com |
| 73 | lasfiestasdepicnic.com | 74 | toryburchoutletinc.us.com |
| 75 | pointshootcameras.org | 76 | ilahiya.org |
| 77 | igoumenitsahotels.com | 78 | dresskhmer.com |
| 79 | bookofirc.com | 80 | haanhotelhoian.com |
| 81 | egeyildizderi.com | 82 | whorehornyteen.us |
| 83 | salesperson-power.com | 84 | myplacesolutions.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 85 | carolinefor43.com | 86 | pamtravel.co.uk |
| 87 | scvrcraceway.com | 88 | tech2yoursites.com |
| 89 | toryburchoutlet-store.us.com | 90 | themaintainmanagegroup.com |
| 91 | dubaitravelawards.com | 92 | cirtameca.com |
| 93 | gemmagraceluxton.com | 94 | veromodablazer.com |
| 95 | errandschoresandmore.com | 96 | imprimago.com |
| 97 | medardlake.com | 98 | hostels-reviews.com |
| 99 | bukibali.com | 100 | toryburchoutletsales.us.com |
| 101 | toryburchoutlet-stores.us.com | 102 | goshawkcustomcarpentry.com |
| 103 | fineartbycari.com | 104 | apparel-shigoto-joho.com |
| 105 | siddhiedu.com | 106 | webbfootinc.com |
| 107 | andyfontaine.com | 108 | tagainyc.org |
| 109 | ozcagla.com | 110 | wizardswoodworking.com |
| 111 | sweetpeaink.com | 112 | rugahorse.com |
| 113 | nirinberg.com | 114 | freizeit-im-blick.com |
| 115 | textappeal1.com | 116 | aquadryizmir.com |
| 117 | chicagobustrip.com | 118 | fredandpeteatthebeach.com |
| 119 | blogdothiaguinho.com | 120 | snow-rentals.com |
| 121 | quatrechienssurunos.com | 122 | digitalgamesmalta.com |
| 123 | wethersfieldah.com | 124 | nightworkjazz.com |
| 125 | corruptzip.com | 126 | moorejoycoaching.com |
| 127 | manque-temps.com | 128 | comfortmobiel.com |
| 129 | getbridg.com | 130 | ornascakes.com |
| 131 | cafefenwick.com | 132 | mondedublog.com |
| 133 | kuatremarketing.com | 134 | ozkarbeton.com |
| 135 | pony-people.com | 136 | briggsfreemanincredible.com |
| 137 | birminghamparagliding.com | 138 | unicadesigns.com |
| 139 | makdeltechnology.com | 140 | stories4descendants.com |
| 141 | uvagenomics.org | 142 | gulfcoastpm.com |
| 143 | attorneydickinson.com | 144 | aaronweistrop.com |
| 145 | bluemoonmassagestudio.com | 146 | oregontellers.com |
| 147 | steveryanbass.com | 148 | toryburchoutletoutletsale.us.com |
| 149 | gucadomenico.com | 150 | reikihealing4you.com |
| 151 | toryburchhandbagsoutlets.us.com | 152 | toryburchoutletcom.us.com |
| 153 | toryburchoutletsaleonline.us.com | 154 | 5thavephotobooths.com |